UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD ARIAS-TURCIOS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00178-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARNOLD ARIAS-TURCIOS ,

Case No.  2:24-cr-00178-DJC , Charge  8 USC 1326(a) and (b)(2) , from custody for the following reasons:

　　　　　Release on Personal Recognizance

　　　　　Bail Posted in the Sum of $

　　X　　Unsecured Appearance Bond $   50,000.00

　　　　　Appearance Bond with 10% Deposit

　　　　　Appearance Bond with Surety

　　　　　Corporate Surety Bail Bond

　　X　　(Other):  The defendants release is delayed until 07/30/2024 at 9:00 AM.

　　　　Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 29, 2024, at 2:30 PM.

By:  _/s/ Allison Claire_____

Magistrate Judge Allison Claire