PHILLIP A. TALBERT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0178-DJC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| v. | |
| ARNOLD ARIAS-TURCIOS, | |
| Defendants. | DATE: September 26, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney NCHEKUBE ONYIMA, and defendant ARNOLD ARIAS-TURCIOS, both individually and by and through his counsel of record, Dina Santos, hereby stipulate as follows:

1. On July 24, 2024, defendant's initial appearance and arraignment was held before a judicial officer of the Court. By Order on that date, the Court set a status conference for September 26, 2024.

2. By this stipulation, the defendant now moves to continue the status conference date to October 17, 2024, and to exclude time between September 26, 2024, and October 17, 2024, under Local Code T4

3. The parties agree and stipulate, and request the Court find the following:

   a) A substitution of counsel was filed in this case on August 20, 2024. Counsel for the government has provided discovery to the defendant's substituted counsel. The government

has represented that the discovery associated with this case includes over 200 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time review the discovery, consult with her client, and discuss potential resolutions with her client.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2024 to October 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 23, 2024      PHILLIP A. TALBERT
United States Attorney

/s/Nchekube Onyima
NCHEKUBE ONYIMA
Assistant United States Attorney

Dated:  September 23, 2024      /s/ Dina Santos
DINA SANTOS
Counsel for Defendant
Arnold Arias-Turcios

## ORDER

IT IS SO FOUND AND ORDERED this 23rd day of September, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

3