PHILLIP A. TALBERT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD ARIAS-TURCIOS,<br><br>Defendant. | CASE NO. 2:24-CR-0178-DC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT AND FINDINGS AND ORDER<br><br>DATE: October 17, 2024,<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney NCHEKUBE ONYIMA, and defendant ARNOLD ARIAS-TURCIOS, both individually and by and through his counsel of record, Dina Santos, hereby stipulate as follows:

1. By Order dated July 24, 2024, the Court set a status conference for September 26, 2024, and excluded time from July 24, 2024, through September 26, 2024, under Local Code T4.

2. By Order dated September 24, 2024, the Court set a status conference for October 17, 2024, and excluded time from September 26, 2024, through October 17, 2024, under Local Code T4.

3. By Order dated October 8, 2024, the court vacated the October 17, 2024, status conference due to the reassignment of this action and all future proceedings from District Judge Daniel J. Calabretta to District Judge Dena Coggins.

4. By this Stipulation, the parties now move to set status conference date to December 13,

2024, and to exclude time from October 9, 2024, through December 13, 2024, under Local Code T4.

    5.       The parties agree and stipulate, and request the Court find the following:

          a)      A substitution of counsel was filed in this case on August 20, 2024. Counsel for the government has provided discovery to the defendant's substituted counsel. The government has represented that the discovery associated with this case includes over 200 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

          b)      Counsel for defendant desires additional time review the discovery, consult with her client, and discuss potential resolutions with her client.

          c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

          d)      The government has no objection.

          e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2024, to December 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\

\\\

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

2

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/Nchekube Onyima
NCHEKUBE ONYIMA
Special Assistant United States Attorney

Dated:  October 9, 2024

/s/ Dina Santos
DINA SANTOS
Counsel for Defendant
Arnold Arias-Turcios

IT IS SO ORDERED.

Dated:   **October 10, 2024**

Dena Coggins
United States District Judge